UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2009 DEC -8 A 11:08

DISTRICT COURT

JEFFREY MORROW;
VICTORIA MORROW
PLAINTIFF

V.

CASE NUMBER: 309CV1995JCH

CLUB MED MANAGEMENT
SERVICES, INC., CLUB MED SALES
INC., CLUB MED INC.
DEFENDANT

: NOVEMBER 20, 2009

## COMPLAINT

### GENERAL ALLEGATIONS

**Parties**

1. At all times mentioned herein, the Plaintiffs, Jeffrey Morrow and Victoria Morrow, resided in the district of Connecticut.

2. At all times mentioned herein the Defendant, Club Med Managements Services Inc. is a corporation organized under the laws of the State of Florida, the Defendants Club Med Sales Inc., is a corporation organized under the laws of the State of Florida, the Defendants Club Med Inc. is a corporation organized under the laws of the Cayman Islands.

3. The Defendants, Club Med Managements Services Inc., Club Med Inc., and Club Med Sales Inc. are collectively referred to herein as "Club Med."

4. Club Med owns, operates and manages resorts in the United States, Mexico, the Caribbean, Asia, South Pacific and the Indian Ocean Basin.

**Jurisdiction and venue**

5. The Plaintiffs are citizens of the State of Connecticut, and the Defendant is a company organized under the laws of France, having its principal place of business in the state other than the state of Connecticut. The matter in controversy exceeds, exclusive of interest and costs, some specified by 28 U.S.C § 1332.

6. Venue is proper in this district because this is the district where the Plaintiffs reside.

**COUNT ONE**

Paragraphs 1 through 6 of the General Allegations are realleged here, in Count One, as if fully set forth herein.

7. At all times mentioned herein the defendant, Club Med, owned and/or operated the Club Med Ixtapa Pacific resort.

8. On or about December 27, 2008, the Plaintiff, Jeffrey Morrow, was a business invitee to Club Med Ixtapa Pacific resort.

9. On or about December 27, 2008, the Plaintiff, Jeffrey Morrow, fell on the stairs in the Club Med Ixtapa Pacific resort.

10. The fall was caused by the carelessness and negligence of the Defendant, Club Med, in that the Defendant:

    a. allowed a dangerous condition to exist in the area in that the stairs were cracked, worn down, and covered in sand and debris;

    b. knew or should have known that the failure to remove the sand and debris or to prevent its accumulation from that area created a dangerous condition, yet failed to take adequate measures to remedy or remove the sand or debris;

c. knew or should have known that the failure to repairs the stairs and to take reasonable efforts to provide safe footing would create a dangerous condition, yet failed to take adequate measures to remedy the situation and to provide safe footing;

d. failed to adequately inspect the area in which contained the sand and debris, as well as the worn and cracked stairs, to discover the existence of the dangerous condition(s);

e. failed to take reasonable steps to neutralize the damages caused by the sand and debris by cleaning the stairs;

f. failed to take reasonable steps to neutralize the damages caused the worn and cracked steps by repairing the same and providing reasonably safe stairs and footing;

g. failed to block off or barricade the area, which contained the sand and debris and the worn and cracked stairs, in order to prevent people, including the Plaintiff from walking in that area;

h. failed to warn the Plaintiff, Jeffrey Morrow, of the dangerous condition(s).

11. As a result of the fall, the Plaintiff, Jeffrey Morrow, has been caused to suffer the following serious and painful personal injuries, part or all of which may be permanent in nature:

a. Ruptured quadriceps tendon

12. As a result of sustaining the above-described injuries, the Plaintiff, Jeffrey Morrow, has incurred and will continue to incur expenses for hospital/medical/convalescent care

and treatment, surgery x-rays and other diagnostic imaging procedures, physical therapy and prescription drugs, all to his financial loss.

13. Immediately after the fall, the Defendant, Club Med, failed to offer reasonable assistance to provide the Plaintiff, Jeffrey Morrow, with medical care and assistance, which greatly increased his pain and suffering.

14. As a further result of having sustained the injuries, the Plaintiff, Jeffrey Morrow, has been caused to suffer an overall physical and mental discomfort which imposes severe limitations on his capacity to carry on and enjoy all of life's other activities.

**COUNT TWO**

1 - 14  Paragraphs 1 through 14 of Count One are hereby incorporated and made Paragraphs 1 through 14 of this Count Two, with the same force and effect as if fully set forth herein.

15. The Plaintiff, Victoria Morrow, is the spouse of the Plaintiff, Jeffrey Morrow.

16. As a direct result of the negligent conduct of the defendant, Club Med, as described above, the Plaintiff, Victoria Morrow has suffered a loss of affection, care, companionship, and consortium of her husband, Jeffrey Morrow.

WHEREFORE, THE PLAINTIFF CLAIMS DAMAGES.
THE PLAINTIFF ALSO DEMANDS A JURY TRIAL

                                  The Plaintiffs

                                  */s/ Joseph P. Sargent*
                                  Joseph P. Sargent
                                  Ct 17779
                                  1129 Post Road
                                  Fairfield CT 06824
                                  (203) 325-2323
                                  FAX (203) 659-7360
                                  Josephpsargent@optonline.com